UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEITH FAGAN,

                              Petitioner,

        -against-

SUPERINTENDENT, EASTERN NY
CORRECTIONAL FACILITY,

                              Respondent.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   6/6/2022

20 Civ. 7389 (AT) (SN)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed Petitioner's letter dated May 27, 2022.  ECF No. 20.
Accordingly, Petitioner shall file any objections to the Report and Recommendation of the
Honorable Sarah Netburn by **June 23, 2022,** seventeen days from today.  *See* Fed. R. Civ. P.
72(b)(2); Fed. R. Civ. P. 6(d).  No further extensions shall be granted.  The Clerk of Court is
directed to reopen the case and mail a copy of this order to Petitioner *pro se*.

        SO ORDERED.

Dated:  June 6, 2022
         New York, New York

ANALISA TORRES
United States District Judge