**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
KEITH FAGAN,

                        Petitioner,

      -against-                                        20 **CIVIL** 7389 (AT)(SN)

                                                                   **JUDGMENT**

SUPERINTENDENT, EASTERN NY CORRECTIONAL
FACILITY,

                        Respondent.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order Adopting Repoer and Recommendation dated January 8, 2024, the Court OVERRULES Fagan's objections to the R&R, ADOPTS the R&R in its entirety, and DENIES Fagan's petition. The Clerk of Court is directed to close this matter and mail a copy of this order to Petitioner pro se. Accordingly, the case is closed.

**Dated:**  New York, New York

       January 8, 2024

                                                            **RUBY J. KRAJICK**
                                                              Clerk of Court

                         **BY:**
                                                          _____
                                                               **Deputy Clerk**